# United States District Court
## EASTERN DISTRICT OF WISCONSIN

## COURT MINUTES

HON. **WILLIAM E. CALLAHAN, JR.**, presiding.　　　Deputy Clerk: Brenda

DATE: **December 14, 2012**　　　Court Reporter:

CASE NO. **12-CR-189**　　　Time Called: 10:05:49

UNITED STATES v. **OLIVER JONES**　　　Time Concluded: 10:19:22

PROCEEDING: **HEARING ON MOTION FOR BOND**


UNITED STATES by: **Erica O'Neil**

　　　Probation Officer: Mike Karolewicz

　　　Interpreter:


DEFENDANT: **Oliver Jones**, in person, and by

ATTORNEY:　**Craig Johnson**

---

Court gives background of case

Deft filed motion for release of deft on bond

Deft's proffer for release of deft on bond

　　　- pretrial agrees that deft can be released with conditions

　　　- deft has place to live on EM - travel restrictions - reporting

　　　- deft has nothing to post

Govt's statements to the court

　　　- concern with release of deft facing a mandatory period of prison for 10 yrs

　　　- would feel better if something is  posted - with electronic monitoring

　　　- prior conviction for drugs

Court's statements prior to ruling - concern deft might flee

Court set bond : O/R w/conditions

　　　- deft shall reside on 2444 N.15th street

　　　- deft shall be on electronic monitoring

　　　- deft shall be on home confinement - cannot leave with out prior approval from pretrial services

- report to pretrial services as directed

- travel restricted to the Eastern District of WI

- no drugs

- urinalysis testing as directed

- drug counseling as directed as by pretrial services pay cost as directed

- no possession of firearm

- residence to be checked out prior to deft's release

- deft shall have no contact with any of the co-defts