UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

        Plaintiff,

        v.

Case No. 12-CR-189

STEVEN JONES, ET AL.,

        Defendant.

## NOTICE OF APPEARANCE

Please take notice that plaintiff, United States of America, is also represented by Assistant United States Attorney Margaret B. Honrath, in addition to Assistant United States Attorney Erica N. O'Neil, in the above-named case and respectfully requests to be so noted on the criminal docket.

Dated at Milwaukee, Wisconsin this 6th day of February, 2013.

        JAMES L. SANTELLE
        United States Attorney

By:   */s/ Margaret B. Honrath*

        MARGARET B. HONRATH
        Assistant United States Attorney

517 East Wisconsin Avenue, Room 530
Milwaukee, WI 53202
(414) 297-1700