UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,
      Plaintiff,

vs.              Case No. 12-CR-189

OLIVER JONES,
      Defendant.

---

MOTION TO WITHDRAW AS COUNSEL

---

  Defendant Oliver Jones is currently represented by attorney Craig R. Johnson. Counsel hereby moves the Court for entry of an order permitting him to withdraw as counsel, for reasons that will be set forth at a hearing to be scheduled by the Court. Counsel was appointed under the Criminal Justice Act, 18 U.S.C. §3006A.

  Dated at Milwaukee, Wisconsin on the 10th day of October, 2013.

            s/ Craig R. Johnson
            Craig R. Johnson; SBN 1022627
            Attorney for Oliver Jones
            Sweet and Associates, LLC
            2510 East Capitol Drive
            Milwaukee, Wisconsin 53211
            Phone: (414) 332-2255
            Fax: (414) 332-2275
            E-Mail: cjohnson@unionyeslaw.com