# United States District Court

EASTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA
        Plaintiff,

V.                                              Case No. **12-CR-189**

**OLIVER JONES**
        Defendant.

---

**PLEASE TAKE NOTICE** that the above-entitled case is scheduled for:

## HEARING ON MOTION TO WITHDRAW AS COUNSEL

at the Federal Courthouse, 517 E. Wisconsin Ave., Milwaukee, WI 53202

CTRM. NO. **253** at **10:00 a.m.** on **October 15, 2013**,

before **Hon. Nancy Joseph**.

**IF THE DEFENDANT IS FREE ON BOND, BOND WILL BE FORFEITED IF THE DEFENDANT FAILS TO APPEAR.**


Date: October 11, 2013                          JON W. SANFILIPPO
                                                      Clerk of Court

<u>Counsel</u>                                             BY: <u>s/Karen Fahrenkrug</u>
Craig Johnson                                    Deputy Clerk
                                                      (414) 297-3298


                                                   __X__   AUSA Erica O'Neil

<u>Defendant</u>                                          __X__   U.S. Marshal
OLIVER JONES

                                                   __X__   Pretrial Services


**COUNSEL IS TO NOTIFY THE DEFENDANT OF THIS HEARING**