# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**UNITED STATES OF AMERICA**

    v.                                    Case No. 12-Cr-189

**OLIVER JONES**

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that the above-entitled case is scheduled for a:

**CHANGE OF PLEA HEARING**

at the Federal Courthouse, 517 E. Wisconsin Ave. Milwaukee, WI,

at **1:30 p.m**. on **Tuesday, November 5, 2013**, in **Courtroom 320**,

before **U.S. District Judge Rudolph T. Randa.**

**IF THE DEFENDANT IS FREE ON BOND, BOND WILL BE FORFEITED IF THE DEFENDANT FAILS TO APPEAR.**

                                                  Jon W. Sanfilippo
                                                Clerk, U.S. District Court

                                                by: *s/ Linda M. Zik*     **October 22, 2013**
                                                      Linda M. Zik           Dated
                                                      Courtroom Deputy Clerk
                                                      (414) 297-3072

<u>Defendant's Attorney</u>
**Craig R. Johnson**
**Sweet and Associates**
**2510 East Capitol Drive**
**Milwaukee, Wisconsin 53211**

<u>Defendant</u>
**Counsel is responsible for notifying**       **XX** U.S. Attorney **AUSA Erica N. O'Neil**
**the defendant of this date**

                                                    **XX** U.S. Marshal

                                                    **XX** U.S. Probation