# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

## COURT MINUTES

HON. **Rudolph T. Randa**, presiding.  Deputy Clerk:  **Linda M. Zik**

DATE:  **November 5, 2013  1:30 p.m.**  Court Reporter:  **Sheryl Stawski**

CASE NO.  **12-Cr-189**  Time Called:  **1:48 pm.**

UNITED STATES v. **OLIVER JONES**  Time Concluded:  **1:58 pm.**

PROCEEDING:  **CHANGE OF PLEA**

UNITED STATES by:  **William J. Lipscomb for Erica N. O'Neil**

PROBATION OFFICER:  **Joanne Lauder**

INTERPRETER:

DEFENDANT:  **Oliver Jones,** in person, and by

ATTORNEY:  **Craig R. Johnson**

___  Information filed today  ___  Waiver of Indictment signed and filed today
___  Plea Agreement filed today

Plea:  **Guilty**  to Count  **1**  of the Indictment

**X**  Adjudged Guilty  **X**  Presentence Report ordered

Sentencing date:  **February 7, 2014 at 9:00 a.m.**

Written objections to PSR due: _____
Versions of the offense due:  _____

*Sentencing Memorandums and motions must be filed at least one-week prior to the sentencing date.*

___  Defendant remanded to custody of U.S. Marshal
 **X**   Bond continued as previously set

Defendant sworn.  Court questions defendant.  Government's offer of proof is in the Plea Agreement.  See Attachment A.  Paragraph 16 in Plea Agreement addressed by defense counsel.  Rule 32 waived in the Plea Agreement.

Penalties:
Imprisonment: 10 years to Life;  Fine: $10,000,000.00 max.;  Special Assessment: $100.00; Supervised Release: 5 years to Life; Restitution; Forfeiture