# SWEET AND ASSOCIATES, LLC
## ATTORNEYS AT LAW

MARK A. SWEET
CRAIG R. JOHNSON
TERESA C. MAMBU-RASCH

STEPHEN J. SWEET
JOHN M. LOOMIS
   OF COUNSEL

2510 EAST CAPITOL DRIVE
MILWAUKEE, WI 53211
(414) 332-2255
FAX (414) 332-2275
WWW.UNIONYESLAW.COM

November 22, 2013

**VIA ECF FILING**
Honorable Rudolph Randa
United States District Judge
United States Courthouse
517 E. Wisconsin Avenue
Milwaukee, WI 54202

    Re:   *USA v. Oliver Jones*
             Case No. 12-CR-189

Dear Judge Randa:

    I am writing to request that the conditions of release as to Oliver Jones be modified to allow contact with his brother, co-defendant Steven Jones. The order requiring no contact between Oliver Jones and other co-defendants was set by Judge William Callahan in December, 2012. Oliver Jones has been out of custody for approximately 11 months and has been supervised by US Pretrial Services with no problems reported. Oliver Jones is not requesting modification of the order as to other co-defendants, only his brother, Steven Jones.

    I have discussed this request with the government, and they have NO OBJECTION to this modification of the terms of release. Thank you.

                        Very truly yours,

                        **SWEET AND ASSOCIATES, LLC**

                        s/ Craig R. Johnson

CRJ:dcj

