UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                      Case No. 12-CR-189

OLIVER JONES,

    Defendant.

---

### ORDER TO SEAL

Upon the motion of the United States Attorney for the Eastern District of Wisconsin, and good cause appearing therefor,

IT IS HEREBY ORDERED, pursuant to Rule 79.4 of the Local Rules of the United States District Court for the Eastern District of Wisconsin, that the government's submission filed on April 17, 2014, in the above-named case be **SEALED** for a period of one year, or until further order of this Court.

SO ORDERED this 25th day of April, 2014.

*Rudolph T. Randa*
HONORABLE RUDOLPH T. RANDA
United States District Judge